# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130823

LABELLE MANAGEMENT, INC., DOUGLAS
LABELLE, and BARTON LABELLE,
Plaintiffs-Appellees,

and

STEAK & ALE OF MICHIGAN, INC., a/k/a
BENNIGAN'S
Intervening Plaintiff-Appellee,

v

SC: 130823
COA: 262072
Genesee CC: 02-074115-CK

LIBERTY MUTUAL INSURANCE COMPANY,
Defendant-Appellee,

and

CITIZENS INSURANCE COMPANY OF
AMERICA,
Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the March 2, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

d0619